In the Matter of JILL S. LYNCH, an Attorney, Resignor. [983 NYS2d 751]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Feb. 19, 2014.)